## 68937. SMITH v. DUTTON.

BANKE, Presiding Judge.

This is an appeal by the defendant from a judgment for the plaintiff on a promissory note. Although each of the enumerations of error concerns an evidentiary question, no transcript of the evidence was prepared, nor has a summary of the evidence been included in the record pursuant to OCGA § 5-6-41. Accordingly, the appeal presents no question upon which we can pass. *Nicholson v. Nicholson*, 231 Ga. 760 (204 SE2d 292) (1974).

*Judgment affirmed. Pope and Benham, JJ., concur.*

DECIDED SEPTEMBER 4, 1984.

*Glenda W. Hardigg*, for appellant.
*Joseph E. Wilkerson*, for appellee.